IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON BAKER-BEY, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL NO. 06-CV-5490 |
| | : | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 12th day of November 2009, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 28], Plaintiff's Response [Doc. No. 31], Defendant's Reply [Doc. No. 32], and Plaintiff's Sur-Reply [Doc. No. 33], and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** as to Plaintiff's hostile work environment claim and **DENIED** as to Plaintiff's retaliation claim.

It is so **ORDERED**.

**BY THE COURT:**

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**